# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

BRADLEY JACOB STANSBURY,

    Plaintiff,

vs.

METALS USA PLATES AND SHAPES SOUTHCENTRAL, INC. d/b/a PORT CITY METAL SERVICES,

    Defendant.

Case No. 17–CV–620–JED–jfj

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE BY ALL PARTIES

In accordance with Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff, Bradley Jacob Stansbury, and Defendant, Metals USA Plates and Shapes Southcentral, Inc. d/b/a Port City Metal Services, being all the parties who entered an appearance in the above-referenced proceeding, hereby jointly and mutually stipulate to the dismissal of all claims asserted herein by any pleading entered or filed in this proceeding, with prejudice to refiling. Each party agrees to be and remain responsible for his or its own attorney's fees and costs incurred in this matter.

    Respectfully submitted,

s/Charles C. Vaught
Charles C. Vaught, OBA #19962
ARMSTRONG & VAUGHT, P.L.C.
2727 E. 21st Street, Suite 505
Tulsa, Oklahoma 74114
(918) 582-2500 – Telephone
(918) 583-1755 – Facsimile
cvaught@a-vlaw.com
*Attorney for Plaintiff*

s/Sam R. Fulkerson
Samuel R. Fulkerson, OBA #14370
Brandon D. Kemp, OBA #31611
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
621 N. Robinson Ave., Ste. 400
Oklahoma City, OK 73102
(405) 546-3751 – Telephone
(405) 652-1401 – Facsimile
sam.fulkerson@ogletree.com
brandon.kemp@ogletree.com
*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I certify that on May 3, 2018, the foregoing Joint Stipulation of Dismissal with Prejudice of All Parties was filed in the United States District Court for the Northern District of Oklahoma, and that a true and correct copy of the same was served, via ECF, upon the following:

Samuel R. Fulkerson
Brandon D. Kemp
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
621 N. Robinson Ave., Ste. 400
Oklahoma City, OK 73102

                                                  s/Charles C. Vaught
                                                  Charles C. Vaught